UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Tel-Tron Technologies Corporation
a Florida corporation ,

Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　　Case No. 6:11-cv-321-Orl-18KRS

Stanley Security Solutions, Inc.
a Connecticut corporation
doing business as
Stanley Healthcare Solutions ,

Defendant.

_____

## ORDER

IT IS HEREBY ORDERED that the Clerk of the Court is directed to REASSIGN this case to another District Judge for all further proceedings.

DONE and ORDERED in Orlando, Florida, this ___9___ day of March, 2011.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record